Cite as 2021 Ark. App. 434

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** E-21-108

| | |
|---|---|
| | **Opinion Delivered** November 10, 2021 |
| JENNIFER HERNANDEZ<br>APPELLANT | APPEAL FROM THE ARKANSAS<br>BOARD OF REVIEW |
| V. | [NO. 2021-BR-00132] |
| DIRECTOR, DIVISION OF<br>WORKFORCE SERVICES<br>APPELLEE | REMANDED TO SETTLE AND<br>SUPPLEMENT THE RECORD |

## BART F. VIRDEN, Judge

Appellant, Jennifer Hernandez, appeals an adverse ruling of the Board of Review (Board) affirming the Appeal Tribunal's (Tribunal's) dismissal of her unemployment claim as untimely. Because our record does not contain a transcript of the December 3, 2020 hearing conducted by the Appeal Tribunal on the timeliness issue, we remand to the Board to settle and supplement the record to include the transcript of that hearing.

On July 22, 2020, the Division of Workforce Services issued a "Notice of Agency Determination" disqualifying Hernandez from receiving unemployment benefits. Hernandez filed an untimely appeal of the determination to the Appeal Tribunal. On December 3, 2020, the Tribunal conducted a hearing pursuant to *Paulino v. Daniels*, 269 Ark. 676, 559 S.W.2d 760 (Ark. App. 1980) to determine whether the untimely filing of the appeal was due to circumstances outside Hernandez's control. The Tribunal found that

the untimely filing was not a result of circumstances beyond her control, and it dismissed her appeal in a decision with a mailing date of December 4, 2020.

Hernandez then filed an untimely appeal to the Board. The Board held a *Paulino* hearing on February 1, 2021, to determine the circumstances of this late appeal. Ultimately, the Board found that her untimely Board appeal was due to circumstances beyond her control: the Tribunal decision had been mailed to Hernandez in English, but she required a Spanish translator to understand and act on her right to appeal. The Board then reviewed the Tribunal's decision, including the testimony submitted at the Tribunal hearing, and it affirmed the Tribunal's dismissal of Hernandez's claim for unemployment benefits.

Hernandez has now appealed from the Board's decision denying her claim for benefits on the basis that her appeal to the Tribunal was untimely. However, because our record does not include a transcript of the December 3, 2020 *Paulino* hearing in which the timeliness issue before the Tribunal was presented—and later considered by the Board in reaching its decision to affirm—we cannot reach the merits of her claim at this time.

This case is therefore remanded to the Board to settle and supplement the record to include the transcript of the December 3, 2020 hearing within thirty days.

Remanded to settle and supplement the record.

HARRISON, C.J., and GRUBER, J., agree.

*Jennifer Hernandez*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.